IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID PRIEST,

    Petitioner,               No. CIV S-08-0292 JAM GGH P

  vs.

D.K. SISTO, et al.,

    Respondents.        ORDER

_____/

        Petitioner has requested an extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 5, 2008 request for an extension of time (Docket #8) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: 05/14/08

                              /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:ja
prie0292.111